# EXHIBIT 2

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                    SUPERIOR COURT DEPARTMENT
                                OF THE TRIAL COURT
                                CIVIL ACTION NO. 13-2652C

WILLIAM DWYER, Individually and on
Behalf of All Others Similarly Situated

    Plaintiff,

v.                              JURY DEMANDED

BEAVEX INCORPORATED and
MARK TUCHMANN

    Defendants.

## NOTICE OF FILING OF NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446(d), Defendants BeavEx Incorporated and Mark Tuchmann ("Defendants"), hereby give notice to the Superior Court of Suffolk County, Commonwealth of Massachusetts, and to the attorneys for Plaintiff William Dwyer, that on August 19, 2013, Defendants filed a Notice of Removal, thereby removing this action to the United States District Court for the District of Massachusetts. A certified copy of the Notice of Removal is attached to this Notice.

Dated: August 19, 2013          Respectfully submitted,

                                **BEAVEX INCORPORATED and
                                MARK TUCHMANN,**
                                By their attorneys
                                                        *(by permission
                                                        Brian G. Patterson)*
                                Kevin M. Duddlesten (BBO # 680624)
                                McGuireWoods LLP
                                816 Congress Avenue, Suite 940
                                Austin, Texas 78701-2442
                                (512) 617-4516
                                (512) 617-4586 (Fax)

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the Notice of Filing of Notice of Removal was served upon the attorney of record for Plaintiff by depositing same in the United States Mail, first class postage prepaid on August 19, 2013.

David B. Summer
77 Franklin St., 3rd Fl.
Boston, MA 02110

/s/ Kevin M. Duddlesten (*by permission Brian G. Patterson*)