UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

_____
WILLIAM DWYER, Individually and on  )
Behalf of All Others Similarly Situated  )
        Plaintiff,  )
          )
v.  )    C. A. No. 1: 13-cv-11995-PBS
          )
BEAVEX INCORPORATED and  )
MARK TUCHMANN  )
          )
        Defendants.  )
_____

## JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE

NOW COME the parties hereto and jointly move this Honorable Court to continue the Status Conference currently scheduled for 10:45 a.m. on October 16, 2013 in the above-captioned matter to **November 20, 2013** or some date thereafter as may be convenient for the Court. As grounds for this Motion, the parties respectfully state as follows:

1. Pursuant to notice from this Honorable Court, the initial Scheduling Conference in this matter has been scheduled for 10:45 a.m. on October 16, 2013.

2. The parties have expressed a mutual interest in exploring a resolution to this matter before beginning formal discovery and, prior to notice of the Scheduling Conference, commenced good faith settlement negotiations.

3. As part of the settlement negotiations, each side has voluntarily exchanged relevant information with the other upon request and the parties respectfully submit that they are cautiously optimistic that this matter may be resolved without the need for formal discovery and protracted litigation.

4. Early resolution of this matter would conserve the resources of the parties and the Court while avoiding what might otherwise be protracted and expensive discovery and litigation efforts.

5. The parties respectfully submit that the relief requested herein will not prejudice either party nor is the relief sought in order to interfere with the orderly administration of this Honorable Court's business. Should the Scheduling Conference be continued and this matter not settle prior thereto, the parties respectfully submit that they will be prepared to move forward with the litigation and will not seek a further continuance of the Scheduling Conference.

**WHEREFORE**, for the foregoing reasons, the Parties hereby respectfully request that this Honorable Court continue the Scheduling Conference currently set for October 16, 2013 to **November 20, 2013** or some date thereafter as may be convenient for the Court.

Dated: October 4, 2013

Respectfully submitted,
William Dwyer, *et al.*,
By their attorneys,

/s/   Alan D. Meyerson
Alan D. Meyerson (BBO# 682515)
David B. Summer (BBO# 634514)
77 Franklin Street, 3rd Floor
Boston, MA 02110
Telephone: (617) 444-9525
Telephone: (617) 695-0050
alan@alandavidmeyerson.com
david@summerlaw.com

Respectfully submitted,
**BEAVEX INCORPORATED and**
**MARK TUCHMANN,**
By their attorneys,

/s/   Kevin M. Duddlesten
Kevin M. Duddlesten (BBO # 680624)
McGuireWoods LLP
816 Congress Avenue, Suite 940
Austin, Texas 78701-2442
(512) 617-4516
(512) 617-4586 (Fax)

## LOCAL RULE 7.1(A)(2) CERTIFICATION

 Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel have conferred in good faith to resolve or narrow the issues raised in this motion and that the parties jointly reached the agreement represented above.

/s/   Alan D. Meyerson
Alan D. Meyerson

## CERTIFICATE OF SERVICE

I, Alan D. Meyerson, certify that this document, filed through the Court's CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 4, 2013.

Dated: October 4, 2013

/s/   Alan D. Meyerson
Respectfully submitted,
Alan D. Meyerson